SO ORDERED.

Dated: August 17, 2021



Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>Robert J Burke, Jr. and Jolene Burke,<br><br>Debtor. | Chapter 13<br><br>No. 2:21-bk-02452-MCW |
|---|---|
| Santander Consumer USA Inc. dba Chrysler Capital,<br><br>Movant,<br>vs.<br><br>Robert J Burke, Jr. and Jolene Burke, Debtor and Edward J. Maney, Trustee,<br><br>Respondents. | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**<br><br>**Re: 2019 Ram 1500** |

Santander Consumer USA Inc. dba Chrysler Capital filed its Motion for Relief from the Automatic Stay and Co-debtor Stay (the "Motion") on July 27, 2021. The Motion, notice thereof and proposed order were served on July 27, 2021, pursuant to Local Rule 4001-1(c). No timely objections were filed. A Certificate of Service and No Objection has been filed pursuant to Local Rule 4001-1(f). Good cause appearing:

IT IS HEREBY ORDERED terminating the automatic stay of 11 U.S.C. §362(a) as it is applicable to the debtor, with respect to the following described personal property (the "collateral"):

    2019 Ram 1500

    VIN: 1C6RR6FT0KS585890

IT IS FURTHER ORDERED relieving Santander Consumer USA Inc. dba Chrysler Capital from the automatic stay of 11 U.S.C. Section 362(a) as to the bankruptcy estate.

IT IS FURTHER ORDERED relieving Santander Consumer USA Inc. dba Chrysler Capital from the co-debtor stay of 11 U.S.C. Section 1301(c) with respect to the collateral.

IT IS FURTHER ORDERED that Santander Consumer USA Inc. dba Chrysler Capital may file an amended proof of claim for any deficiency balance within 30 days of disposition of the collateral or by the claims bar date, whichever is later.

**SIGNED AND DATED ABOVE.**